110 A.3d 993

**Michael SILUK, Jr., Appellant**

v.

**John WETZEL, Secretary, Pennsylvania Department
of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 17, 2015.

286

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED.**